UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10047-CR-MARTINEZ

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 982(a)(6)(A)

MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA

vs.

NARCISO CARRILLO-RODRIGUEZ
and
ANGEL CESPEDES-OSORIO,

Defendants.
_____/

REC'D by _____ D.C.
JUN 2 7 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – KEY WEST

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about June 28, 2007, and up to and including June 29, 2007, upon the high seas and out of the jurisdiction of any particular State or district, and elsewhere, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

NARCISO CARRILLO-RODRIGUEZ
and
ANGEL CESPEDES-OSORIO,

did knowingly and willfully combine, conspire, confederate, and agree with each other and other persons unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## COUNTS 2-35

On or about June 29, 2007, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**NARCISO CARRILLO-RODRIGUEZ
and
ANGEL CESPEDES-OSORIO,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 35 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 2 | Lisandra Tejeda Bana |
| 3 | Aimee Benemer Fuentes |
| 4 | Janine Sanchez Rivero |
| 5 | L.M.S. (a minor) |
| 6 | Alfredo Rayers Valdes |
| 7 | Yasser Diaz Rodriguez |
| 8 | Rainier Fernandez Marida |
| 9 | Armondo Gonzalez Miguel |
| 10 | Emila Marganta Gonzalez Conde |
| 11 | Carlos Bonzalez Arila |
| 12 | Adiamy Rojan Fernandez |
| 13 | Rojando Carrera Hiereles |
| 14 | D.J.M.G. (a minor) |

| Count | Alien |
|---|---|
| 15 | Mana Elena Cabrera Aharez |
| 16 | Oscar Gonzalez Gonzalez |
| 17 | Luis Marino Sardines Sanchez |
| 18 | Luis Alberto Torres Tur |
| 19 | Duniesky Perez Dominguez |
| 20 | Bernardo Santana Provedo |
| 21 | Cecilio Roberto Figeres Diaz |
| 22 | Yoel Mayor De La Torre |
| 23 | Jose Luis Hernandez Martinez |
| 24 | Yovanny Luis Gomez Antonlen |
| 25 | Lazaro Yumiel Mayos De La Torre |
| 26 | Aurive Hernandez Maell |
| 27 | Hidnel Echirino Martinez |
| 28 | Lioner Tamya Miranda |
| 29 | Oscar Alejandro Ramirez Esteado |
| 30 | Wilbert Jorge Martinez Tellez |
| 31 | Oscar Alarron Curo |
| 32 | Luis Enrique Rosales Barreto |
| 33 | Luis Mancortes Chacon |
| 34 | Rolando Franciso Diaz Gomez |
| 35 | Samuel Arnaldo Pena Ricardo |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE

The allegations of Counts 1 through 35 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 18, United States Code, Section 982(a)(6)(A), and the procedures set forth in Title 21, United States Code, Section 853 as incorporated by Title 18, United States Code, Section 982(b)(1).

Upon conviction of any of the offenses alleged in Counts 1 through 35 of this Indictment, defendants, **NARCISO CARRILLO-RODRIGUEZ** and **ANGEL CESPEDES-OSORIO,** shall forfeit to the United States: (1) any property, real or personal, constituting or derived from or traceable to proceeds obtained directly or indirectly from the commission of the aforestated offenses; and (2) any property, real or personal, including any conveyance used, or intended to be used to facilitate the commission of the aforesaid offenses.

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL

_[signature]_
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_[signature]_
RUSS BROWN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Name** NARCISO CARRILLO-RODRIGUEZ

Case No: _____

Count: 1

Conspiracy to Encourage and Induce Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

**\* Max. Penalty**:   Ten years' imprisonment

Counts: 2-35

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

**\* Max. Penalty**:   Five years' imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Name** ANGEL CESPEDES-OSORIO

Case No: _____

Count: 1

Conspiracy to Encourage and Induce Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I)

* **Max. Penalty**: Ten years' imprisonment

Counts: 2-35

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

* **Max. Penalty**: Five years' imprisonment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10047 CR-MARTINEZ MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA

vs.

NARCISO CARRILLO-RODRIGUEZ and
ANGEL CESPEDES-OSORIO,

        Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   _X_ Key West
___ FTL   ___ WPB   ___ FTP

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)      (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

RUSS BROWN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501216

*Penalty Sheet(s) attached

REV 4/8/08

REC'D by ___ D.C.
JUN 2 7 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - KEY WEST