# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: ANGEL CESPEDES-OSORIO (J) ✓  
**INTERPRETER: SPANISH**  
CASE NO: 08-10047-CR-MARTINEZ

SAUSA: RUSS BROWN (pres)  
ATTY: AFPD STEWART ABRAMS (pres)

AGENT: ICE  
VIOL: ALIEN SMUGGLING

PROCEEDING: ARRAIGNMENT & BOND HRG  
RECOMMENDED BOND:

BOND HEARING HELD - (yes) / no  
COUNSEL APPOINTED:

BOND SET @: $75,000 CSB w/Nebbia ~~ ~~ $50,000 -10% w/ nebbia  
To be cosigned by:

☑ Do not go by any marina or on any boat (except deliveries by truck to marina)

☐ 

☑ Surrender within 24 hours and / or do not obtain passports / travel documents.

☑ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

Ct reduces bond to: $50,000 -10%

Ct finds Nebbia is satisfied

☐ Maintain and/or seek full-time employment

☐ 

☐ 

☐ 

☐ Curfew: ____

☐ .

☐ Travel extended to: ____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

DATE: JULY 7, 2008   TIME: 2:00 P.M.   KW/LSS TAPE 08-19   Begin: 295   End: 552

Recall - 08-20   395 - 425